UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
RICHARD LEE PAIVA,                  )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   C.A. No. 15-116 S
                                    )
ASHBEL T. WALL, et al.,             )
                                    )
        Defendants.                 )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

On November 30, 2015, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R") in the above-captioned matter (ECF No. 26) recommending that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3) ("Plaintiff's Motion") be denied. No objections to the R&R were filed, and the time for doing so has passed. Accordingly, the Court hereby accepts the R&R pursuant to 28 U.S.C. § 636(b)(1). The R&R is hereby ADOPTED, and Plaintiff's Motion (ECF No. 3) is DENIED.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date: January 11, 2016